IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**07 CV 11445**

| | |
|---|---|
| Ottavio Lavaggi, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>The Republic of Argentina<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>**RULE 7.1 STATEMENT**  |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  NONE.

Dated December 20, 2007

Robert A. Skirnick (RS 2636)
Attorney for Plaintiff