# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11445

Date Filed: _____

Plaintiff:
**OTTAVIO LAVAGGI, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE REPUBLIC OF ARGENTINA**

Received by ASK Litigation Support, Inc. to be served on **THE REPUBLIC OF ARGENTINA, c/o Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10171.**

I, Simon Kahn, being duly sworn, depose and say that on the **21st day of December, 2007** at **10:30 am, I:**

Personally delivered a true copy of the **Summons & Complaint** to Roberto H. Barrientos, Vice President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'6", Weight: 150, Hair: Gray, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____ 12/21/07 _____
DATE

**Simon Kahn**
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY 10017**
**(212) 481-9000**
Our Job Serial Number: 2007000778

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j